**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manjot Kaur, | No. CV-26-00217-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Todd M Lyons, et al., | |
| Respondents. | |

Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending the court grant petitioner's petition for a writ of habeas corpus in part and require a bond hearing within thirty days. (Doc. 14 at 12.) The time for objections has expired and none were filed. The R&R is adopted. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 14) is **ADOPTED**. The petition for writ of habeas corpus is granted to the extent respondents shall provide petitioner with a bond hearing within thirty days of this order. That bond hearing shall be before a neutral adjudicator and the government must bear the burden of showing that petitioner should not be released on bond because she is a flight risk or a danger to the community.

/

/

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of petitioner and close this case.

Dated this 9th day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge